UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDER S CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA2 MORTGAGE PASS THROUGH CERTIFICATE, SERIES 2006-OA2, | Case No. 2:16-cv-02579-MMD-PAL |
| Plaintiff, | ORDER |
| v. | (Subst Atty – ECF No. 17) |
| RONALD-GARCIA SANTOS, et al., | |
| Defendants. | |

This matter is before the court on the Substitution of Attorneys (ECF No. 17).  Douglas D. Gerrard and Gary Milne of Gerrard Cox Larsen seek leave to be substituted in place of Edgar C. Smith and Eric S. Powers of Wright, Finlay & Zak, LLP for Plaintiff.  LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1.  The Substitution of Attorney (ECF No. 17) is **GRANTED**.

/ / /

/ / /

/ / /

/ / /

1

2.  Douglas D. Gerrard and Gary Milne of Gerrard Cox Larsen are substituted in the place of Edgar C. Smith and Eric S. Powers of Wright, Finlay & Zak, LLP for Plaintiff, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 3rd day of April, 2017.


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE